In the Matter of EDWARD RAFF and ALLESANDRO L. CHIOSTERGI, as Assignees for the Benefit of Creditors of the STYLEBUILT SHOE MFG. CO., INC. JEFFERSON STREET REALTY CORPORATION, Respondent; EDWARD RAFF and Another, Appellants.— Motion for extension of time granted upon condition that appellants perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of SOL SCHILDKRAUT for Payment of Awards Made for Parcels Nos. 333 and 334 on the Damage Map and in the Final Decree of the Supreme Court as to Damage and Benefit, in the Proceeding to Acquire Title to Jamaica Avenue, etc., in the Fourth Ward, Borough of Queens, City of New York. LAWMEDRUG REALTY CORPORATION, Appellant; SOL SCHILDKRAUT, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of ZINBAR REALTY CO., INC., for an Order Discharging a Certain Mechanic's Lien Filed by CITY MASONS SUPPLY CO., INC. CITY MASONS SUPPLY CO., INC., Lienor, Appellant; ZINBAR REALTY CO., INC., Respondent. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied, leave being unnecessary. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

In the Matter of the Application of ZINBAR REALTY CO., INC., for an Order Discharging a Certain Mechanic's Lien Filed by CITY MASONS SUPPLY CO., INC. CITY MASONS SUPPLY CO., INC., Lienor, Appellant; ZINBAR REALTY CO., INC., Respondent. (Appeal No. 2.) Motion for leave to appeal to the Court of Appeals denied, leave being unnecessary. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

THE JARL COMPANY, Appellant, v. THE VILLAGE OF CROTON-ON-HUDSON and GEORGE MILLER and Others, as and Composing the Board of Trustees of the said Village of CROTON-ON-HUDSON, Respondents.— Motion for leave to appeal to the Court of Appeals granted. Motion for stay granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

KINGS HIGHWAY DEVELOPMENT COMPANY, INC., Respondent, v. HOME AFFAIR REALTY CO., INC., and THE PEOPLE OF THE STATE OF NEW YORK, Defendants; MARY T. ECONOMU, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

EVA KORETZ, Administratrix, etc., of JOE KORETZ, Deceased, Appellant, v. HERMAN GEROFSKY, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1932, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.

MICHAEL LEVIS, Appellant, v. ALONZO E DEBAUN, Respondent, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for